MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BENJAMIN TOLKOFF (NYBN 4294443)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3: 12-70071 JCS |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER VACATING HEARING AND SETTING DATE FOR INITIAL APPEARANCE AND ARRAIGNMENT |
| v. ) | |
| ) | |
| AHMED RACHID, ) | |
| ) | Date: May 3, 2012 |
| Defendant. ) | Time: 9:30 a.m. |

On January 27, 2012, the parties appeared before the Court and set a date for a preliminary hearing on May 3, 2012. The parties stipulated, upon a showing of good cause and with the defendant's consent, that the time between January 27 and May 3, 2012 was excluded under Federal Rule of Criminal Procedure 5.1(d). This time was also excluded under the Speedy Trial Act, to afford the defendant time to obtain counsel, assure continuity of counsel and allow for effective preparation of counsel, 18 U.S.C. §3161(h)(7)(B)(iv).

The parties now move the Court to vacate the scheduled preliminary hearing and set a date for arraignment on an indictment or information on April 27, 2012. The defendant consents to the extension of time and the parties stipulate that good cause exists to extend the time between the date this order is issued and April 27, 2012, under F.R.Cr.P. 5.1(d). The parties

STIP. & [PROP.] ORD. VACATING HRNG. AND SETTING ARRAIGNMENT
U.S. v. RACHID; 3: 12-70071 JCS

further stipulate that the time between the date this order is issued and April 27, 2012 is excludable under the Speedy Trial Act assure continuity of counsel and allow for effective preparation of counsel, 18 U.S.C. §3161(h)(7)(B)(iv).

SO STIPULATED.

DATED: April 16, 2012

MELINDA HAAG
United States Attorney
/s/

BENJAMIN TOLKOFF
Assistant United States Attorney

DATED: April 16, 2012

/s/

BRIAN NEWMAN
Attorney for AHMED RACHID

For good cause shown and for the reasons set forth above, the preliminary hearing scheduled for May 3, 2012 is vacated. This matter is scheduled for arraignment on an indictment or information on April 27, 2012. The time between today and April 27, 2012 is excluded under F.R.Cr.P. 5.1(d) and the Speedy Trial Act. Failure to grant the exclusion would deny the defendant continuity of counsel and effective preparation of counsel and would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATE: 4/17/12

HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge
NANDOR VADAS

STIP. & [PROP.] ORD. VACATING HRNG. AND SETTING ARRAIGNMENT
U.S. v. RACHID; 3: 12-70071 JCS